UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMARQUIS GREEN; and WHITNEY
FRANCOIS,

    Plaintiffs,

v.                                       Case No. 6:18-cv-748-Orl-37GJK

FLORIDA WOODLAKE LLC,

    Defendant.
_____

## ORDER

Plaintiffs initiated this action alleging violations of their right to a fair trial under Article 10 of the Universal Declaration of Human Rights and the Seventh Amendment. (Doc. 1, p. 3.) With the Complaint, Plaintiffs filed an application to proceed without prepaying fees or costs, construed as a motion to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends that the Court: (1) deny the IFP motion; (2) dismiss the case; and (3) grant Plaintiffs leave to file an amended complaint that clearly states the legal basis of the cause of action, the citizenship of the parties, and the amount in controversy. (Doc. 5 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3. Plaintiffs' Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

4. On or before Friday, **July 13, 2018**, Plaintiffs may file an amended complaint consistent with the strictures of this Order, along with a renewed motion to proceed *in forma pauperis*. Failure to file an amended complaint within this time period will result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 6, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party